**EXHIBIT 2:** INFRINGEMENT
URL: https://www.instagram.com/p/CXYj9oyh9Uf/

