**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Global Weather Productions LLC,

Plaintiff,

v.

Invative, Inc.,

Defendant.

Case No. 2:25-cv-07474-JLS-SK

**PLAINTIFF'S REQUEST
FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff Global Weather Productions LLC ("*Plaintiff*"), hereby requests that the Clerk of the Court enter default against defendant Invative, Inc. ("*Defendant*"), on the ground that said Defendant has failed to appear or otherwise respond to Plaintiff's Summons & Complaint ("*Complaint*") within the time prescribed by Rule 12(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

On September 14, 2025, a true and correct copy of the Summons, Civil Cover Sheet and Complaint were served upon the Defendant. (*Dkt. No.* 12). Defendant was required to file an answer or responsive pleading in this action on or before October 6, 2025. To date, however, Defendant has failed to file any responsive pleading or

otherwise appear in this action, and Defendant has not requested any extension of time to respond. Therefore, Plaintiff hereby respectfully requests that the Clerk enter a Certificate of Default against Defendant.

The above-stated facts are set forth in the accompanying Declaration of Jacqueline Mandel filed herewith.

Dated: October 17, 2025

**SANDERS LAW GROUP**

By:    */s/ Jacqueline Mandel*
Craig B. Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group

*Attorneys for Plaintiff*

To:

Invative, Inc.
1057 Dolorita Avenue                10946 Ratner Street #1759
Glendale, California 91208          Sun Valley, CA 91352

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
Case No. 2:25-cv-07474-JLS-SK