SANDERS LAW GROUP

Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Weather Productions LLC,<br><br>Plaintiff,<br><br>v.<br><br>Invative, Inc.,<br><br>Defendant. | Case No. 2:25-cv-07474-JLS-SK<br><br>**DECLARATION OF JACQUELINE MANDEL IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT** |

I, JACQUELINE MANDEL, declare:

1.    I am a member of the Bar of this Court and I am an associate attorney with the law firm of SANDERS LAW GROUP, attorneys for plaintiff, Global Weather Productions LLC ("*Plaintiff*"), in the above-captioned action.

2.    I have personal knowledge of the facts set forth in this Declaration and would testify as to them in a court of law if required to do so.

3.    I respectfully submit this Declaration in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, in support of Plaintiff's application for a certificate of default against defendant Invative, Inc. ("*Defendant*").

4.    This is an action seeking damages against Defendant arising from its

3

unauthorized use of Plaintiff's work and the infringement of Plaintiff's copyright in accordance with 17 U.S.C. § 501 *et seq.*

5.      Jurisdiction of the subject matter of this action is based upon 28 U.S.C. § 1338(a) and 28 U.S.C. § 1331.

6.      This Court has personal jurisdiction over Defendant because Defendant's principal place of business is in California, and thus, has consented to personal jurisdiction in California.

7.      The Complaint in this action was filed on August 12, 2025. (*Dkt. No.* 1).

8.      Pursuant to the California Secretary of State, Defendant's registered agent is Krist Agakhanyan located at 10946 Ratner Street #1759, Sun Valley, California 91352. This is the same as Defendant's principal and mailing addresses.

9.      Our process server was unable to serve Defendant at this address as it is a United States Postal Service office.

10.      Upon further research, Defendant lists 7080 Hollywood Boulevard #1100, Los Angeles, California 90028 as its address. *See http://www.invativeinc.com/.*

11.      On September 2, 2025, our process server attempted to serve Defendant at 7080 Hollywood Boulevard #1100, Los Angeles, California 90028 to no avail. *Attached hereto is a true and accurate copy of a Non Service Report Executed Robert A. Hall.* The process server was told that Defendant is no longer at Suite 1100. *Id.*

12.      Our office thereafter ran a Transunion "TLO" skip trace on Defendant and Defendant's registered agent. *Attached hereto as Exhibit 2 is a true and correct copy of the TLO search for Krist Agakhanyan ran by our office on September 11, 2025.*

13.      The most recent address listed for Mr. Agakhanyan was 1057 Dolorita Avenue, Glendale, California 91208. *Id.*

14.     On September 14, 2025, our process server served a true and accurate copy of the Summons and Complaint upon Defendant's registered agent, Mr. Agakhanyan at 1057 Dolorita Avenue, Glendale, California 91208. (*Dkt. No.* 12).

15.     Consequently, an answer or responsive pleading was due from Defendant on or before October 6, 2025.

16.     To date, Defendant has not answered or otherwise responded to Plaintiff's Complaint and the time for Defendant to do so has expired.

17.     This action seeks judgment against Defendant for statutory damages and Plaintiff's costs and attorneys' fees in prosecuting this action.

18.     Inasmuch as Defendant has failed to plead or otherwise defend in this action, it is respectfully requested that a default be entered against Defendant.

19.     Defendant is not in the military, infants, or incompetents.

20.     I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.


Dated: October 17, 2025

**SANDERS LAW GROUP**

By:  ___*/s/ Jacqueline Mandel*___
Craig B. Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group

*Attorneys for Plaintiff*

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
Case No. 2:25-cv-07474-JLS-SK

# EXHIBIT 1

Attorney or Party without Attorney:
Craig Sanders, Esq., SBN: 284397
SANDERS LAW GROUP
333 Earle Ovington Blvd Ste 402
Uniondale, NY 115533645

E-MAIL ADDRESS (Optional): lcostigan@sanderslaw.group

TELEPHONE No.: (516) 203-7636     FAX No. (Optional): (516) 282-7878

Attorney for: Plaintiff Global Weather Productions LLC

Ref No. or File No.:
Invative, Inc

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

Plaintiff: Global Weather Productions LLC

Defendant: Invative, Inc.

| NON SERVICE REPORT | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: |
|---|---|---|---|---|
| | | | | 2:25-cv-07474-CAS-SK |

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **Invative, Inc.**

Documents: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. §501; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; Notice to Counsel Re Consent to ProceedBefore a United States Magistrate Judge**

| Date | Time | Results |
|---|---|---|
| 9/2/2025 | 3:01 PM | Per "Jane Doe" (hispanic,5'5,130lbs,20's,black hair,female) front desk stated company no longer has a suite at 1100. The business here is Spark Spaces like a we-work business. - Robert A. Hall |
| | Location: | 7080 Hollywood Blvd Ste 1100,  Los Angeles, CA 900286938 |

Fee for Service: **$ 70.00**
    County:  **Los Angeles**
    Registration No.:  **6932**
    **A2Z Attorney Service**
    **1401 Garden Hwy, #100**
    **Sacramento, CA 95833**
    **(916) 436-5484**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 4, 2025.

Signature: _____

**Robert A. Hall**
(Signature)

**NON SERVICE REPORT**

Order#: 81821

# EXHIBIT 2

No subjects were found using your search criteria. However, we have expanded your search and were able to locate the subject(s) below using similar criteria.

Showing the **1 Result Found**  for people named **KRIST AGAKHANYAN** located in  **SUN VALLEY, CALIFORNIA**.

**KRIST S AGAKHANYAN , 43 Years Old  (Los Angeles County, CA)**          **1057 DOLORITA AVE, GLENDALE, CA 91208-1123 (LOS ANGELES COUNTY) (11/27/2019 to 09/10/2025) (7.3
miles from  SUN VALLEY, CA)**

**KRIST S AGAKHANYAN (01/04/2016 to
05/05/2020)**
**KRIST AGAKHANYAN (09/02/2000 to
07/02/2025)**

Other Observed Names
**KRIST AGAKANYAN (05/01/2014)**

SSN: **XXX-XX-1053**
Issued: **CALIFORNIA 1991**

**Dates of Birth**
DOB: **XX/XX/1982** (98%)
Age: **43**

Other DOB: **XX/1961** (0%)
Age: **64**

Dates at Searched Location: **11/27/2019 to
09/10/2025**

Driver's License Detail:
DL#: **XXXX-XXX-XX-XXX-X**
DL State: **CA**
Reported Date: **06/22/2023**
ID Type: **DL**

**KRIST AGAKHANYAN**
**615 PIONEER DR, GLENDALE, CA
91203-1636 (LOS ANGELES COUNTY)**
DOB: **XX/XX/1982**

**Possible Relatives**
Edik A Agakhanyan **1961** Age: **64**
Sevak S Agakhanyan **1984** Age: **41**
Ani A Keshishyan **1982** Age: **42**

**Indicators**
Bankruptcies:  **None Found**
Liens:  **None Found**
Judgments:  **None Found**

**Cities**
Burbank, CA (06/01/2008 to 03/31/2021)
Glendale, CA (01/16/2000 to 09/10/2025)
Montrose, CA (12/20/2021 to 06/23/2023)

**Possible Phones**
**(818) 795-8691** (PT) (Mobile) (86%)
**(818) 396-4903** (PT) (VoIP) (66%)
**(818) 549-1155** (PT) (VoIP) (66%)
**(818) 823-4564** (PT) (Mobile) (66%)
**(818) 507-0788** (PT) (LandLine) (39%)

**Counties**
Los Angeles County, CA (01/16/2000 to
09/10/2025)

**Possible Email Addresses**

Case 2:25-cv-07474-JLS-SK    Document 13-1    Filed 10/17/25    Page 8 of 8   Page ID #:46

krist818@gmail.com (100%)

**Address History (8)**
**1057 DOLORITA AVE, GLENDALE, CA 91208-1123 (LOS ANGELES COUNTY)** (11/27/2019 to 09/10/2025)
 Current Other Phone at address
**(818) 795-8691(PT)** - **ANI KESHISHYAN**
 Possible Subject's Phone
**(818) 795-8691(PT)** - **KRIST AGAKHANYAN**

**2100 MONTROSE AVE # 213, MONTROSE, CA 91020-9998 (LOS ANGELES COUNTY)** (06/23/2023 to 06/23/2023)

**615 PIONEER DR, GLENDALE, CA 91203-1636 (LOS ANGELES COUNTY)** (01/16/2000 to 06/22/2023)
 Current Other Phones at address
**(818) 395-8943(PT)** - **EDIK AGAKHANYAN**
**(707) 997-4004(PT)** - **ALINA ALEKSANYAN**
**(818) 482-9594(PT)** - **EDGAR MARTIROSIAN**
**(818) 395-8953(PT)** - **DIANA MOGADAM-YAN**
**(707) 997-3999(PT)** - **HAIGAZ SAHATJIAN**

**1115 SPAZIER AVE, GLENDALE, CA 91201-1319 (LOS ANGELES COUNTY)** (05/21/2012 to 01/15/2019)

**1231 JUSTIN AVE, GLENDALE, CA 91201-1401 (LOS ANGELES COUNTY)** (11/2010 to 04/11/2017)

**1504 DIXON ST APT A, GLENDALE, CA 91205-2049 (LOS ANGELES COUNTY)** (12/13/2012 to 11/2015)

**1504 DIXON ST APT B, GLENDALE, CA 91205-2049 (LOS ANGELES COUNTY)** (02/01/2012 to 07/04/2014)

**224 W ASH AVE, BURBANK, CA 91502-2401 (LOS ANGELES COUNTY)** (06/01/2008 to 06/10/2008)