**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Weather Productions LLC,<br><br>           Plaintiff,<br><br>           v.<br><br>Invative, Inc.,<br><br>           Defendant. | Case No: 2:25-cv-07474-JLS-SK |

I hereby certify that on October 17, 2025 a copy of the foregoing Request for Entry of Default and Declaration in Support of Plaintiff's Request for Entry of Default were filed electronically and were served on Defendant Invative, Inc., by mail at:

Invative, Inc.
1057 Dolorita Avenue      10946 Ratner Street #1759
Glendale, California 91208      Sun Valley, CA 91352

Notice of this filing will be also sent by e-mail to all attorneys of record for the parties by operation of the Court's electronic filing system.

                                                                */s/ Serena Onbasi*
                                                                 Serena Onbasi

CERTIFICATE OF SERVICE
Case No. 2:25-cv-07474-JLS-SK